UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cheryl Warren,

       Plaintiff,

v.

Caren Burdi, Michael Levine, Stephen
Vella, Michigan Attorney General Grievance
Commission, George Shea, Jeffrey
Vollmer, Robert Agacinski, Wayne Wegner,
Wegner and Associates, P.C., and Shea,
Creighton, et al, P.C.,

       Defendants.

_____/

Case No. 10-11775

Honorable Nancy G. Edmunds


**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION DATED JANUARY 26, 2011 [77]**


This matter has come before the Court on the Magistrate Judge's Report and Recommendation dated January 26, 2011. The Court is fully advised in the premises and has reviewed the record and the pleadings, including the Report and Recommendations. Neither party has filed objections. The Court therefore ACCEPTS AND ADOPTS the Report and Recommendation.

The Court therefore DENIES AS MOOT Defendant Michael Levine's Motion for a More Definite Statement [19]; GRANTS All Defendants' Motions to Dismiss/Motions for Summary Judgment [25, 29, 32, 48, and 53]; GRANTS Defendants Jeffrey Vollmer, Wayne Wegner, and Wegner and Associates, P.C.'s Motion for Sanctions [43]; GRANTS Defendant Michael Levine's Motion for Sanctions [64]; DENIES Defendant Caren Burdi's Motion for Sanctions [47]; and the case is hereby DISMISSED.

SO ORDERED.


s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  February 15, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 15, 2011, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager