UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cheryl Warren,

      Plaintiff,

v.

Caren Burdi, Michael Levine, Stephen Vella, Michigan Attorney General Grievance Commission, George Shea, Jeffrey Vollmer, Robert Agacinski, Wayne Wegner, Wegner and Associates, P.C., and Shea, Creighton, et al, P.C.,

      Defendants.
_____/

Case No. 10-11775

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION DATED APRIL 27, 2011 [92]**

    This matter has come before the Court on the Magistrate Judge's Report and Recommendation dated April 27, 2011.  The Court is fully advised in the premises and has reviewed the record and the pleadings, including the Report and Recommendation and Plaintiff's objections.  Having done so, the Court ACCEPTS AND ADOPTS the Report and Recommendation.

    The Court therefore sanctions Plaintiff for $5,000.00.  Plaintiff must pay $2,500.00 to Defendant Michel Levine and $2,500.00 total to Defendants Jeffrey Vollmer, Wayne Wegner, and Wegner and Associates, P.C. within 30 days of this order.  The Court further adopts the Magistrate Judge's recommendation and permanently enjoins Plaintiff from filing any civil lawsuits in this court alleging or asserting factual or legal claims arising out of the underlying litigation or attorney disciplinary proceedings against any of the defendants or

any of the defendants' attorneys without first obtaining prior approval of the Chief Judge of the United States District Court for the Eastern District of Michigan.  If Plaintiff does file such future action, the Court may impose additional sanctions.

    SO ORDERED.

                      s/Nancy G. Edmunds  
                      Nancy G. Edmunds  
                      United States District Judge

Dated:  May 24, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 24, 2011, by electronic and/or ordinary mail.

                      s/Carol A. Hemeyer  
                      Case Manager